# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

142944

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

J.H. CAMPBELL, INC.,
      Petitioner-Appellant,

v

TOWNSHIP OF DEXTER,
      Respondent-Appellee.

SC: 142944
COA: 295455
Tax Tribunal: 00-341575;
00-341710; 00-341715; 00-341716;
00-341717; 00-354969; 00-354970;
00-354971; 00-354972; 00-354973

_____/

By order of March 5, 2012, the application for leave to appeal the judgment of the Court of Appeals was held in abeyance pending the decision in *Toll Northville Ltd Partnership v Twp of Northville* (Docket No. 143281). On order of the Court, the case having been decided on June 14, 2012, 491 Mich 518 (2012), the application is again considered, and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgments of the Court of Appeals and the Michigan Tax Tribunal, and we REMAND this case to the Michigan Tax Tribunal for reconsideration of the petitioner's appeal, in light of *Toll Northville Ltd Partnership v Twp of Northville.*



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

Clerk

h0827